

# Fourth Court of Appeals
## San Antonio, Texas

October 18, 2019

No. 04-19-00206-CR

Joel **ALEJANDREZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. 15-CR-101
Honorable Jose Luis Garza, Judge Presiding

## O R D E R

After we granted court reporter Dora Canizales's first and second motions for extension of time to file the reporter's record, we set the record due on October 3, 2019. *See* TEX. R. APP. R. 35.3(c). After the twice-extended due date, the court reporter filed a second request for an extension of time to file the record until November 3, 2019, accompanied by a status report. The status report does not provide the information required by our September 9, 2019 order.

Nevertheless, the reporter's request is GRANTED. The reporter's record must be filed with this court by November 4, 2019. *See id.*

If the court reporter is unable to file the completed record by November 4, 2019, any further request for additional time to file the record **must** be accompanied by a signed, written status report that provides the information specified below.

The report must describe the transcript by day with the date, description, page counts, and remarks for each day. The page counts must include the total number of pages, the number of pages edited, proofread, and formatted into the required electronic form.

The report may describe any unusual aspects of the record. The report must describe any problems the court reporter reasonably believes may delay the completion of the record beyond the requested date.

The preferred form for the status report, with an accompanying example, is attached.

_Patricia Alvarez, Justice_

       IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of October, 2019.

LUZ ESTRADA,
Chief Deputy Clerk